HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC BIOSCIENCE LABORATORIES, INC., a Washington corporation,

Plaintiff,

v.

ANEX CORPORATION, a Korean corporation,

Defendant.

No. C15-0685-JLR

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Pacific Bioscience Laboratories, Inc., hereby dismisses the above-captioned action without prejudice. This Notice of Dismissal is being filed before Defendant ANEX Corporation, has served an answer or motion for summary judgment.

//
//
//
//
//
//

PLAINTIFF'S NOTICE OF DISMISSAL – 1

129703636.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | DATED:  February 2, 2016 | Respectfully submitted, |
| 2 | | */s/Ramsey M. Al-Salam* |
| | | Ramsey M. Al-Salam, WSBA #18822 |
| 3 | | Lane M. Polozola, WSBA #50138 |
| 4 | | PERKINS COIE LLP |
| | | 1201 Third Avenue, Suite 4900 |
| 5 | | Seattle, WA 98101-3099 |
| | | Tel:  (206) 359-8000 |
| 6 | | Fax:  (206) 359-9000 |
| | | Email: RAlsalam@perkinscoie.com |
| 7 | | LPolozola@perkinscoie.com |
| 8 | | |
| | | Attorneys for Plaintiff Pacific Bioscience |
| 9 | COUNSEL: | Laboratories, Inc. |

10  Robert M. Masters (*pro hac to be submitted*)
    Timothy P. Cremen (*pro hac to be submitted*)
11  Lisa Y. Leung (WSBA #43015)
    PAUL HASTINGS LLP
12  875 15th St NW
    Washington, D.C. 20005
13  Tel:  (202) 551-1700
14  Fax:  (202) 551-1705
    robertmasters@paulhastings.com
15  timothycremen@paulhastings.com
    lisaleung@paulhastings.com
16

17  Robert L. Sherman (*pro hac to be submitted*)
    Natalie G. Furman (*pro hac to be submitted*)
18  PAUL HASTINGS LLP
    75 East 55th Street
19  New York, NY 10022
    Tel:  (212) 318-6000
20  Fax:  (212) 230-7841
    robertsherman@paulhastings.com
21  nataliefurman@paulhastings.com

22

23

24

25

26

PLAINTIFF'S NOTICE OF DISMISSAL – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

129703636.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2016, I caused the forgoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record for the Parties in the above-captioned litigation.

*/s/Ramsey M. Al-Salam*
Ramsey M. Al-Salam, WSBA #18822

PLAINTIFF'S NOTICE OF DISMISSAL – 3

129703636.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000